161 A.3d 759

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DUAN SHAHEED (A/K/A RAKIM DOWNEY AND SHAHEED ALMUNIR), DEFENDANT–PETITIONER.

March 7, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002110–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

161 A.3d 759

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. JANET MANISERA, DEFENDANT–PETITIONER.

March 9, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000491–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.